# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

146824 & (88)(90)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL JESSE HOUGH,
      Defendant-Appellant.

SC: 146824
COA: 302132
Wayne CC: 06-008265-FH

_____/

     By order of October 2, 2013, the prosecuting attorney was directed to answer the application for leave to appeal the January 15, 2013 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

t0127